IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. SAG-19-0486 |
| | * | |
| RASHAUD NESMITH | | |

************

## MOTION TO SEAL SENTENCING LETTER

Defendant Rashaud Nesmith, through his attorney, Christopher C. Nieto, respectfully moves for an order of this Court sealing Defendant's Sentencing Letter, and states:

1. Defense filed a Sentencing Letter on November 18, 2022.

2. As grounds therefore, the defense states that this filing contains confidential personal information.

WHEREFORE, Mr. Nesmith requests that the accompanying filing be placed under seal.

Respectfully submitted,

/s/
Christopher C. Nieto, #30031
Law Office of Christopher C. Nieto
1 North Charles Street, Suite 1301
Baltimore, Maryland 21201
Tel: (443) 863-8189
Fax: (443) 378-5723
Email: cnieto@nietolawoffice.com